UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
(DAVENPORT DIVISION)

| | |
|---|---|
| ELECTRONIC CONTROLLED SYSTEMS, INC. d/b/a KING CONTROLS,<br><br>Plaintiff,<br><br>v.<br><br>WINEGARD COMPANY,<br><br>Defendant. | **Consolidated Case No. 3:09-cv-138**<br><br><br>**JOINT CLAIM CONSTRUCTION STATEMENT** |
| WINEGARD COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ELECTRONIC CONTROLLED SYSTEMS, INC. d/b/a KING CONTROLS,<br><br>Defendant. | |

Pursuant to Section (f)(4) of this Court's Scheduling Order (docket #43), the parties submit the following Joint Claim Construction Statement regarding U.S. Patent 7,595,764 and U.S. Patent 7,679,573.

**REQUEST FOR HEARING**

Both parties request the Court to schedule a briefing schedule and a hearing on claim construction.

4(A) – CONSTRUCTION OF TERMS ON WHICH THE PARTIES AGREE:

**"comprised of" as used in claim 1 of the '764 patent; it means "including but not limited to".**

4(B) – EACH PARTY'S POSITION ON DISPUTED TERMS (see charts below)

Joint Claim Construction Statement

| '764 Patent Claims Terms in dispute are in BOLD | Winegard Company's Proposed Construction | Winegard Company's Intrinsic or Extrinsic Evidence | King Controls' Proposed Construction | King Controls' Intrinsic and Extrinsic Evidence |
|---|---|---|---|---|
| 1. A satellite antenna system, comprising: a generally rigid enclosure comprised of an electromagnetic wave permeable material defining a volume **configured to enable** | Arranged or set up to facilitate or allow. | Winegard agreed to accept King Controls' construction of this claim term in our July 30th claim construction conference. | The phrase is not in need of construction. Under objection King Controls would offer "**arranged or set up to facilitate**" for 'configured to enable' | Intrinsic Evidence: The claim language itself [Col. 9, lines 2-24] and the specification generally, including [Abstract; Col. 1, lines 12-16 & 60-67; Col. 3, lines 61-63; Col. 5, lines 33-67; Col. 8, lines 48-51; Figs. 1-4]. Extrinsic Evidence: Under objection: The American Heritage® Dictionary of the English Language, 4th edition. Webster's Third New International Dictionary. |
| both **manual transportability** of the satellite antenna system without a substantial change in the volume of the enclosure or manual repositioning of the satellite antenna system, the enclosure having disposed within the volume of the enclosure: a satellite dish; a feedhorn configured to receive incoming signals concentrated by the satellite dish; a low noise block converter configured | Having a handle. | Since these terms are undefined in the specification, we look to the specification to identify structure that might correspond to the language. The only structure shown that "enables manual transportability" is a handle. Thus, "configured to enable manual transportability" means having a handle. The relevant portions of the specification supporting this statement are: Col. 5, | The phrase is not in need of construction. Under objection King Controls would offer "[having] **a structure for transporting by hand**" for "manual transportability" | Intrinsic Evidence: The claim language itself [Col. 9, lines 2-24] and the specification generally, including [Abstract; Col. 1, lines 12-16 & 60-67; Col. 3, lines 61-63; Col. 5, lines 33-67; Col. 8, lines 48-51; Figs. 1-4]. Extrinsic Evidence: Under objection: The American Heritage® Dictionary of the English Language, 4th edition. Webster's Third New International Dictionary. |

1

| '764 Patent Claims Terms in dispute are in BOLD | Winegard Company's Proposed Construction | Winegard Company's Intrinsic or Extrinsic Evidence | King Controls' Proposed Construction | King Controls' Intrinsic and Extrinsic Evidence |
|---|---|---|---|---|
| to receive incoming signals from the feedhorn, amplify and convert the incoming signals to received signals to at least one receiver; | | lns 33-41 and Col 8, lns 48-51. | | |
| a motorized elevation drive system configured to **selectively adjust** an elevation of the satellite dish; | Interactive and incremental adjustment. | Since these terms are undefined in the specification, we look to the specification to identify structure that performs the function. The part of the specification that identifies the "selectively adjust" is: Col 6, lns 54- Col 7, lns 26. | The phrase is not in need of construction. Under objection King Controls would offer "**in a non-random manner**" for "selectively" | Intrinsic Evidence: The claim language itself [Col. 9, lines 2-24], and the specification generally, including [Abstract; Col. 2, lines 6-30; Col. 6, line 21 - Col. 8, line 2; Fig. 14-15] and the other figures referred to therein. Extrinsic Evidence: Under objection: The American Heritage® Dictionary of the English Language, 4th edition. Webster's Third New International Dictionary |
| a motorized azimuth drive system configured to **selectively rotate** the satellite dish; and a control system connected to the elevation drive system and the azimuth drive system to control automated operation of the satellite antenna system. | Interactive and incremental rotation. | Since these terms are undefined in the specification, we look to the specification to identify structure that performs the function. The part of the specification that identifies the "selectively rotate" is: Col 6, lns 54- Col 7, lns 26. | The phrase is not in need of construction. Under objection King Controls would offer "**in a non-random manner**" for "selectively" | Intrinsic Evidence: The claim language itself [Col. 9, lines 2-24], and the specification generally, including [Abstract; Col. 2, lines 6-30; Col. 6, line 21 - Col. 8, line 2; Fig. 14-15 and all other figures referred to therein]. Extrinsic Evidence: Under |

| '764 Patent Claims Terms in dispute are in BOLD | Winegard Company's Proposed Construction | Winegard Company's Intrinsic or Extrinsic Evidence | King Controls' Proposed Construction | King Controls' Intrinsic and Extrinsic Evidence |
|---|---|---|---|---|
| | | | | objection: The American Heritage® Dictionary of the English Language, 4th edition. Webster's Third New International Dictionary |
| 2. The satellite antenna system of claim 1, further comprising a handle **connected to an outer surface** of the enclosure. | Attached to an outer surface. | Winegard agreed to accept King Controls' construction of this claim term in our July 30th claim construction conference. | The phrase is not in need of construction. Under objection King Controls would offer "**attached**" for "connected". | Intrinsic Evidence: The claim language itself [Col. 9, lines 25-26] and the specification generally, including [Abstract; Col. 1, lines 12-16 & 60-67; Col. 3, lines 61-63; Col. 5, lines 33-67; Col. 8, lines 48-51; Figs. 1-4]. Extrinsic Evidence: Under objection: The American Heritage® Dictionary of the English Language, 4th edition. Webster's Third New International Dictionary. |
| 3. The satellite antenna system of claim 2, wherein the enclosure includes a generally planar base defining a bottom of the enclosure **when the satellite antenna system is positioned in a first orientation** for automated operation and **wherein the** | Claim 3 is indefinite for vagueness and we reserve the right to challenge the validity of the claim despite this proposed construction. In view of the vagueness of this language, the only construction that can be proposed is that the angle | Though the specification provides no explanation, Fig 1 and Fig 2 presumably show the system in the first orientation and the second position respectively. The difference in the angle between the two positions shown in the figures is the only indication of the | King Control objects because Winegard has selected so many words in this claim it is not clear what claim construction is being requested. Without waiving the objection, these phrases are not in need of construction. Under further objection, | Intrinsic Evidence: The claim language itself [Col. 9, lines 27-36], and the specification generally, including [Abstract; Col. 1, lines 12-16 & 60-67; Col. 3, lines 61-63; Col. 5, lines 33-67; Col. 8, lines 48-51; Figs. 1-4]. Extrinsic Evidence: None |

3

| '764 Patent Claims Terms in dispute are in **BOLD** | Winegard Company's Proposed Construction | Winegard Company's Intrinsic or Extrinsic Evidence | King Controls' Proposed Construction | King Controls' Intrinsic and Extrinsic Evidence |
|---|---|---|---|---|
| **handle is positioned such that the base is oriented at an angle to ground** when the satellite antenna system is positioned in **a second position** for manually transportability by the handle, the satellite antenna system being configured to provide a center of mass of the system that is the same in the first orientation and the second orientation. | of the base to the ground when the satellite antenna system is in a first orientation must be significantly different from the angle of the base to the ground when it is in a second position. Since there is no explanation in the specification regarding the quantitative change in the angle required between the first orientation and the second position, the only possible interpretation is that the base is horizontal in the first orientation and at an angle greater than 60 degrees in the second orientation. | quantitative degree of change required between the first orientation and the second position. That angle is estimated to be 60 degrees from horizontal in the second position. See also, Col 5, lns 42-44. | King Controls would offer the following clarification if deemed necessary:

The **"first orientation"** is the orientation of the antenna system to the ground when the system is in operation.

The "**second position**" is the same as the "**second orientation**" and is an orientation that is different than the "**first orientation**" and is the orientation/position of the antenna system with respect to the ground when the system is being manually transported by the handle. | |
| 8. The satellite antenna system of claim 2, wherein the handle is **configured to allow** manual carrying of the satellite antenna system with one hand. | Arranged or set up to enable. | Winegard agreed to accept King Controls' construction of this claim term in our July 30th claim construction conference. | The phrase is not in need of construction. Under objection King Controls would offer "**arranged or set up to enable**" for "configured to allow". | Intrinsic Evidence: The claim language itself [Col. 10, lines 16-18], and the specification generally, including [Abstract; Col. 1, lines 12-16 & 60-67; Col. 3, lines 61-63; Col. 5, lines 33-67; Col. 8, lines 48-51; Figs. 1-4]. Extrinsic Evidence: Under objection: The American |

| '764 Patent Claims Terms in dispute are in BOLD | Winegard Company's Proposed Construction | Winegard Company's Intrinsic or Extrinsic Evidence | King Controls' Proposed Construction | King Controls' Intrinsic and Extrinsic Evidence |
|---|---|---|---|---|
| | | | | Heritage® Dictionary of the English Language, 4th edition.  Webster's Third New International Dictionary. |

| '573 Patent Claims Terms in dispute are in BOLD | Winegard Company's Proposed Construction | Winegard Company's Intrinsic or Extrinsic Evidence | King Controls' Proposed Construction | King Controls' Intrinsic and Extrinsic Evidence |
|---|---|---|---|---|
| 1. A motorized antenna system, comprising: a generally rigid enclosure having a cover and a base, the cover comprised of an electromagnetic wave permeable material, wherein the cover and base define an enclosed a volume, the enclosure **configured to enable** | Arranged or set up to facilitate or allow. | Winegard agreed to accept King Controls' construction of this claim term in our July 30th claim construction conference. | The phrase is not in need of construction. Under objection King Controls would offer "**arranged or set up to facilitate**" for "configured to enable" | Intrinsic Evidence: The claim language itself [Col. 8, lines 49-67] and the specification generally, including [Abstract; Col. 1, lines 12-16 & 60-67; Col. 3, lines 63-65; Col. 5, lines 30-61; Col. 8, lines 27-30; Figs. 1-4]. Extrinsic Evidence: Under objection: The American Heritage® Dictionary of the English Language, 4th edition. Webster's Third New International Dictionary. |
| both **manual transportability** of the motorized antenna system and automated operation of the motorized antenna system without a substantial change in the volume of the enclosure or repositioning of the cover or base, the enclosure having disposed within the enclosed volume of the enclosure: an antenna; | Having a handle. | Since these terms are undefined in the specification, we look to the specification to identify structure that might correspond to the language. The only structure shown that "enables manual transportability" is a handle. Thus, "configured to enable manual transportability" means having a handle. The relevant portions of the specification supporting | The phrase is not in need of construction. Under objection King Controls would offer "[having] **a structure for transporting by hand**" for "manual transportability". | Intrinsic Evidence: The claim language itself [Col. 8, lines 49-67] and the specification generally, including [Abstract; Col. 1, lines 12-16 & 60-67; Col. 3, lines 63-65; Col. 5, lines 30-61; Col. 8, lines 27-30; Figs. 1-4]. Extrinsic Evidence: Under objection: The American Heritage® Dictionary of the English Language, 4th edition. Webster's Third New International |

6

| '573 Patent Claims Terms in dispute are in BOLD | Winegard Company's Proposed Construction | Winegard Company's Intrinsic or Extrinsic Evidence | King Controls' Proposed Construction | King Controls' Intrinsic and Extrinsic Evidence |
|---|---|---|---|---|
| | | this statement are: Col. 5, lns 30-38 and Col 8, ln 27-30. | | Dictionary |
| a motorized drive system configured to **selectively adjust** a position of the antenna; and a control system connected to the motorized drive system to control automated operation of the motorized antenna system, wherein the motorized antenna system weighs less than 15 pounds. | Incremental and interactive adjustment. | Since these terms are undefined in the specification, we look to the specification to identify structure that performs the function. The part of the specification that identifies the "selectively adjust" is: Col 6, lns 40- Col 7, lns 11. | The phrase is not in need of construction. Under objection King Controls would offer "**in a non-random manner**" for "selectively". | Intrinsic Evidence: The claim language itself [Col. 8, lines 49-67], and the specification generally, including [Abstract; Col. 2, lines 6-30; Col. 6, line 12 - Col. 7, line 50; Fig. 14-15; and all other figures referred to therein]. Extrinsic Evidence: Under objection: The American Heritage® Dictionary of the English Language, 4th edition. Webster's Third New International Dictionary. |
| 2. The motorized antenna system of claim 1, further comprising a handle **connected to an outer surface** of the enclosure. | Attached to an outer surface. | Winegard agreed to accept King Controls' construction of this claim term in our July 30th claim construction conference. | The phrase is not in need of construction. Under objection King Controls would offer "**attached**" for "connected". | Intrinsic Evidence: The claim language itself [Col. 9, lines 1-3], and the specification generally, including [Abstract; Col. 1, lines 12-16 & 60-67; Col. 3, lines 63-65; Col. 5, lines 30-61; Col. 8, lines 27-30; Figs. 1-4]. Extrinsic Evidence: Under objection: The American Heritage® Dictionary of |

| '573 Patent Claims Terms in dispute are in **BOLD** | Winegard Company's Proposed Construction | Winegard Company's Intrinsic or Extrinsic Evidence | King Controls' Proposed Construction | King Controls' Intrinsic and Extrinsic Evidence |
|---|---|---|---|---|
| | | | | the English Language, 4th edition. Webster's Third New International Dictionary. |
| 12. The motorized antenna system of claim 10, further comprising a handle **disposed on the enclosure** | Attached to an outer surface. | Winegard accepts King Control's construction of the language in claim 2 regarding the handle. Also, see Col. 3, lns 63-65: "A handle 126 can be affixed to cover 102 and/or base 104 for easy transportation of enclosure 101.' | This phrase is not in need of construction. Under objection, King Controls would offer: "**to put in a particular or suitable place on the enclosure**" for "disposed on the enclosure". | Intrinsic Evidence: The claim language itself [Col. 9, lines 46-49], and the specification generally, including [Abstract; Col. 1, lines 12-16 & 60-67; Col. 3, lines 63-65; Col. 5, lines 30-61; Col. 8, lines 27-30; Figs. 1-4]. Extrinsic Evidence: The American Heritage® Dictionary of the English Language, 4th edition. Webster's Third New International Dictionary. |
| **configured to allow** manual carrying of the satellite antenna system with one hand. | Arranged or set up to enable. | Winegard agreed to accept King Controls' construction of this claim term in our July 30th claim construction conference. | The phrase is not in need of construction. Under objection King Controls would offer "**arranged or set up to enable**" for "configured to allow". | Intrinsic Evidence: The claim language itself [Col. 9, lines 46-49], and the specification generally, including [Abstract; Col. 1, lines 12-16 & 60-67; Col. 3, lines 63-65; Col. 5, lines 30-61; Col. 8, lines 27-30; Figs. 1-4]. Extrinsic Evidence: Under objection: The American Heritage® Dictionary of |

8

| '573 Patent Claims Terms in dispute are in BOLD | Winegard Company's Proposed Construction | Winegard Company's Intrinsic or Extrinsic Evidence | King Controls' Proposed Construction | King Controls' Intrinsic and Extrinsic Evidence |
|---|---|---|---|---|
| | | | | the English Language, 4th edition. Webster's Third New International Dictionary. |
| 19. A motorized antenna system, comprising: a generally rigid enclosure defining a volume and **configured to enable** | Arranged or set up to facilitate or allow. | Winegard agreed to accept King Controls' construction of this claim term in our July 30th claim construction conference. | The phrase is not in need of construction. Under objection King Controls would offer "**arranged or set up to facilitate**" for 'configured to enable' | Intrinsic Evidence: The claim language itself [Col. 10, lines 18-28] and the specification generally, including [Abstract; Col. 1, lines 12-16 & 60-67; Col. 3, lines 63-65; Col. 5, lines 30-61; Col. 8, lines 27-30; Figs 1-4]. Extrinsic Evidence: Under objection: The American Heritage® Dictionary of the English Language, 4th edition. Webster's Third New International Dictionary. |
| both **manual transportability** of the motorized antenna system and automated operation of the motorized antenna system without a change in the volume of the enclosure or deployment of the motorized antenna | Having a handle. | Since these terms are undefined in the specification, we look to the specification to identify structure that might correspond to the language. The only structure shown that "enables manual transportability" is a | The phrase is not in need of construction. Under objection King Controls would offer "**a structure for transporting by hand**" for "manual transportability". | Intrinsic Evidence: The claim language itself [Col. 10, lines 18-28]and the specification generally, including [Abstract; Col. 1, lines 12-16 & 60-67; Col. 3, lines 63-65; Col. 5, lines 30-61; Col. 8, lines 27-30; Figs 1-4]. |

9

| '573 Patent Claims Terms in dispute are in BOLD | Winegard Company's Proposed Construction | Winegard Company's Intrinsic or Extrinsic Evidence | King Controls' Proposed Construction | King Controls' Intrinsic and Extrinsic Evidence |
|---|---|---|---|---|
| system, | | handle. Thus, "configured to enable manual transportability" means having a handle. The relevant portions of the specification supporting this statement are: Col. 5, lns 30-38 and Col 8, ln 27-30. | | Extrinsic Evidence: Under objection: The American Heritage® Dictionary of the English Language, 4th edition. Webster's Third New International Dictionary. |
| the enclosure having disposed within the volume of the enclosure an antenna and a motorized drive system configured to **selectively adjust** a position of the antenna, wherein the motorized antenna system weighs less than 20 pounds. | Incremental and interactive adjustment. | Since these terms are undefined in the specification, we look to the specification to identify structure that performs the function. The part of the specification that identifies the "selectively adjust" is: Col 6, lns 40- Col 7, lns 11. | The phrase is not in need of construction. Under objection King Controls would offer "**in a non-random manner**" for "selectively". | Intrinsic Evidence: The claim language itself [Col. 10, lines 18-28], and the specification generally, including [Abstract; Col. 2, lines 6-30; Col. 6, line 12 - Col. 7, line 50; Fig. 14-15; and all other figures referred to therein]. Extrinsic Evidence: Under objection: The American Heritage® Dictionary of the English Language, 4th edition. Webster's Third New International Dictionary. |
| 20. The motorized antenna system of claim 19, further comprising a handle **disposed on the enclosure** | Attached to an outer surface. | Winegard accepts King Control's construction of the language in claim 2 regarding the handle. Also, see Col. 3, lns 63-65: "A handle 126 can be | This phrase is not in need of construction. Under objection, King Controls would offer "**to put in a particular or suitable place on the enclosure**" | Intrinsic Evidence: The claim language itself [Col. 10, lines 29-32], and the specification generally, including [Abstract; Col. 1, lines 12-16 & 60-67; Col. |

10

| '573 Patent Claims Terms in dispute are in BOLD | Winegard Company's Proposed Construction | Winegard Company's Intrinsic or Extrinsic Evidence | King Controls' Proposed Construction | King Controls' Intrinsic and Extrinsic Evidence |
|---|---|---|---|---|
| | | affixed to cover 102 and/or base 104 for easy transportation of enclosure 101.' | for "disposed on the enclosure". | 3, lines 63-65; Col. 5, lines 30-61; Col. 8, lines 27-30; Figs 1-4]. <u>Extrinsic Evidence</u>: The American Heritage® Dictionary of the English Language, 4th edition. Webster's Third New International Dictionary. |
| **configured to allow** manual carrying of the satellite antenna system with one hand. | Arranged or set up to enable. | Winegard agreed to accept King Controls' construction of this claim term in our July 30th claim construction conference. | The phrase is not in need of construction. Under objection King Controls would offer "**arranged or set up to enable**" for "configured to allow". | <u>Intrinsic Evidence</u>: The claim language itself [Col. 10, lines 29-32], and the specification generally, including [Abstract; Col. 1, lines 12-16 & 60-67; Col. 3, lines 63-65; Col. 5, lines 30-61; Col. 8, lines 27-30; Figs. 1-4]. <u>Extrinsic Evidence</u>: Under objection: The American Heritage® Dictionary of the English Language, 4th edition. Webster's Third New International Dictionary. |

11

Date: August 16, 2010

| | |
|---|---|
| **Skaar Ulbrich Macari, P.A.** | **Lane & Waterman, LLP** |
| By: /s/Randall T. Skaar | By: /s/ April A. Marshall |
| Randall T. Skaar (Pro Hac Vice) | Charles E. Miller (AT0005409) |
| Scott G. Ulbrich (Pro Hac Vice) | Thomas D. Waterman (AT0008341) |
| 601 Carlson Parkway, Suite 1050 | April A. Marshall (AT0009604) |
| Minneapolis, MN  55305 | 220 North Main Street, Suite 600 |
| Phone:  (612) 216-1700 | Davenport, IA  52801 |
| Fax:  (612) 234-4465 | Phone:  (563) 324-3246 |
| Email:  skaar@sumiplaw.com | Fax:  (563) 324-1616 |
| Email:  ulbrich@sumiplaw.com | Email:  cmiller@l-wlaw.com |
| | Email:  twaterman@l-wlaw.com |
| **Whitfield & Eddy, PLC** | Email:  amarshall@l-wlaw.com |
| J. Campbell Helton (AT 0003425) | |
| 317 Sixth Avenue, Suite 1200 | **MAGINOT, MOORE & BECK LLP** |
| Des Moines, IA  50309-4195 | Michael D. Beck |
| Phone:  (515) 288-6041 | 111 Monument Circle, Suite 3250 |
| Facsimile:  (515) 246-1474 | Indianapolis, IN  46204 |
| Email:  helton@whitfieldlaw.com | Phone:  (317) 638-2922 |
| | Fax:  (317) 638-2139 |
| **For King Controls** | Email:  mdbeck@maginot.com |
| | |
| | **For Winegard Company** |