UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
(DAVENPORT DIVISION)

| | |
|---|---|
| ELECTRONIC CONTROLLED SYSTEMS, INC. d/b/a KING CONTROLS,<br><br>Plaintiff,<br><br>v.<br><br>WINEGARD COMPANY,<br><br>Defendant. | **Consolidated Case No. 3:09-cv-138**<br><br><br>**JOINT MOTION FOR A MARKMAN HEARING** |
| WINEGARD COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ELECTRONIC CONTROLLED SYSTEMS, INC. d/b/a KING CONTROLS,<br><br>Defendant. | |

The parties hereto jointly move the Court for a Markman hearing to be held on November 12, 2010 at the Davenport Federal Courthouse. The parties request the following Markman briefing schedule:

Opening briefs to be filed simultaneously by the parties on October 25th, 2010.

Responsive briefs to be filed simultaneously by the parties on November 8th, 2010.

1

Respectfully submitted,

Date: October 20th, 2010

By: /s/Randall T. Skaar
    Randall T. Skaar (Pro Hac Vice)
    Scott G. Ulbrich (Pro Hac Vice)
    SKAAR ULBRICH MACARI, P.A
    601 Carlson Parkway, Suite 1050
    Minneapolis, MN   55305
    Phone:(612) 216-1700
    Fax:   (612) 234-4465
    skaar@sumiplaw.com
    ulbrich@sumiplaw.com

    J. Campbell Helton (AT 0003425)
    WHITFIELD & EDDY, PLC
    317 Sixth Avenue, Suite 1200
    Des Moines, IA   50309-4195
    Phone:   (515) 288-6041
    Facsimile: (515) 246-1474
    helton@whitfieldlaw.com

    For King Controls

By: /s/   April A. Marshall
    April A. Marshall (AT0009604)
    Charles E. Miller (AT0005409)
    Thomas D. Waterman (AT0008341)
    Lane & Waterman, LLP
    220 North Main Street, Suite 600
    Davenport, IA   52801
    Phone:   (563) 324-3246
    Fax:   (563) 324-1616
    cmiller@l-wlaw.com
    twaterman@l-wlaw.com
    amarshall@l-wlaw.com

    MAGINOT, MOORE & BECK LLP
    Michael D. Beck
    111 Monument Circle, Suite 3250
    Indianapolis, IN   46204
    Phone:   (317) 638-2922
    Fax:   (317) 638-2139
    mdbeck@maginot.com

    For Winegard Company

CERTIFICATE OF SERVICE

      I hereby certify that on October 20, 2010 I electronically filed the foregoing Motion and with the Clerk of Court using the ECF system which automatically sent this documents to the following:

April A. Marshall
Charles E Miller
Thomas D Waterman
LANE & WATERMAN L.L.P.
220 North Main Street, Suite 600
Davenport, IA 52801

Michael D Beck
MAGINOT, MOORE & BECK LLP
111 Monument Circle, Suite 3250
Indianapolis, IN 46204

      SKAAR ULBRICH MACARI, P.A
      601 Carlson Parkway, Suite 1050
      Minneapolis, MN    55305
      Phone:(612) 216-1700
      Fax:    (612) 234-4465
      skaar@sumiplaw.com

      By:    /s/ Randall T. Skaar