IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | | |
|---|---|---|
| ELECTRONIC CONTROLLED SYSTEMS, INC. d/b/a KING CONTROLS, | * * * | 3:09-cv-138 |
| Plaintiff, | * * | |
| v. | * * | |
| WINEGARD COMPANY, | * * | SPECIAL VERDICT FORM |
| Defendant. | * * | |
| WINEGARD COMPANY, | * * * | |
| Plaintiff, | * * | |
| v. | * * | |
| ELECTRONIC CONTROLLED SYSTEMS, INC. d/b/a KING CONTROLS, | * * * | |
| Defendant | * * | |

We, the jury, unanimously return the following verdicts on the questions submitted to us:

# I. WINEGARD'S INVALIDITY DEFENSE

**Question 1:** Has Winegard proved, by clear and convincing evidence, that the claimed inventions would have been obvious to a person of ordinary skill in the field on February 7, 2006?

    **1A:** Claim 9 of the '764 patent?

        __X__ Yes

        _____ No

    **1B:** Claims of the '573 patent?

        __X__ Yes

        _____ No

[If your answer to Questions 1A–1B is "Yes," you should inform the Court Security Officer that you have completed your deliberations. If any answer to Questions 1A–1B is "No," answer Questions 2 through 5.]

## II. KING CONTROL'S DAMAGES

If you answered "No" to any of Questions 1A–1B, answer the remaining questions.

### LOST PROFITS

**Question 2:** What lost profits—including lost profits from price erosion—if any, did King Controls prove it suffered as a result of Winegard's infringement?

$_____

### COLLATERAL SALES

**Question 3:** What lost profits on collateral sales, if any, did King Controls prove it suffered as a result of Winegard's infringement?

$_____

### REASONABLE ROYALTY

**Question 4:** For those infringing sales for which King Controls has not proved its entitlement to lost profits, what amount has it proved it is entitled to as a reasonable royalty?

$_____

### PRE-ISSUANCE DAMAGES

If you answered "No" to Question 1A, answer the following question.

**Question 5:** For sales of Carryout from June 8, 2009 to September 29, 2009, what amount of pre-issuance damages is King Controls entitled to?

$_____

November ___, 2011
Date Signed                                    Presiding Juror